IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01192-BNB

SCOTT R. LOBATO,

    Plaintiff,

v.

DAN COUGAR, Individual Capacity, Acting Rio Grand Sheriff,
MR. BLACK, Individual Capacity, Acting Rio Grande Sheriff,
ART ORTEGA, Individual Capacity, Acting Rio Grande Sheriff,
MR. NORTON, Individual Capacity, Acting Rio Grande Sheriff,
BOB HOWARD, Individual Capacity, Acting Del Norte Doctor,
JOHN DOE, Individual Capacity, Acting Mental Health Clinician, and
JANE DOE, Individual Capacity, Acting Mental Health Clinician,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 25 2008

GREGORY C. LANGHAM
                CLERK

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. See D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED June 25, 2008, at Denver, Colorado.

                                            BY THE COURT:

                                            s/ Boyd N. Boland
                                            United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. 08-cv-01192-BNB

Scott R. Lobato
Reg. No. 135324
Colorado Territorial Correctional Facility
PO Box 1010
Cañon City, CO 8121

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 6/25/18

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk