IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01192-LTB-MEH

SCOTT R. LOBATO,

    Plaintiff,

v.

DAN COUGAR, Individual capacity, Acting Rio Grande Sheriff,
MR. BLACK, Individual capacity, Acting Rio Grande Sheriff,
ART ORTEGA, Individual capacity, Acting Rio Grande Sheriff,
MR. NORTON, Individual capacity, Acting Rio Grande Sheriff,
BOB HOWARD, Individual capacity, Acting Del Norte Doctor,
JOHN DOE, Individual capacity, Acting Mental Health Clinician, and
JANE DOE, Individual capacity, Acting Mental Health Clinician,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 20, 2008.**

    Pending before the Court is Plaintiff's Motion to Refute Motion to Dismiss filed by Defendant Bob Howard [filed November 19, 2008; docket #42]. The Court construes the motion as a response to Defendant Howard's pending motion to dismiss, and will treat the document as such. Therefore, the motion is **denied as moot**.