IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01192-LTB-MEH

SCOTT R. LOBATO,

    Plaintiff,

v.

DAN COUGAR, Individual capacity, Acting Rio Grande Sheriff,
MR. BLACK, Individual capacity, Acting Rio Grande Sheriff,
ART ORTEGA, Individual capacity, Acting Rio Grande Sheriff,
MR. NORTON, Individual capacity, Acting Rio Grande Sheriff,
BOB HOWARD, Individual capacity, Acting Del Norte Doctor,
JOHN DOE, Individual capacity, Acting Mental Health Clinician, and
JANE DOE, Individual capacity, Acting Mental Health Clinician,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 30, 2008.**

    Defendant Howard's Motion to Strike Plaintiff's Amended Motion to Refute Motion to Dismiss [filed December 18, 2008; docket #48] is **granted in part and denied in part**. The Court denies Defendant's motion to strike, but will consider Plaintiff's "sur-reply" [docket #47] and Defendant's response to the sur-reply in the adjudication of the Motion to Dismiss, including the attached affidavit executed by Defendant Howard.

    Because Defendant wishes to support his Motion to Dismiss with documents outside the pleadings, it is proper to inform the parties that the Court will convert the Motion to Dismiss into a Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56. *See David v. City & County of Denver*, 101 F.3d 1344, 1352 (10th Cir. 1996). Consequently, either party may submit any additional briefing on the Motion, and in such additional briefing, the Plaintiff may respond to the materials already submitted by the Defendant with any "material made pertinent to such a motion by Rule 56." Fed. R. Civ. P. 12(c). Therefore, it is ORDERED that any additional briefing by either party must be submitted on or before **January 13, 2009**.