IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01192-LTB-MEH

SCOTT R. LOBATO,

    Plaintiff,

v.

DAN COUGAR, Individual capacity, Acting Rio Grande Sheriff,
MR. BLACK, Individual capacity, Acting Rio Grande Sheriff,
ART ORTEGA, Individual capacity, Acting Rio Grande Sheriff,
MR. NORTON, Individual capacity, Acting Rio Grande Sheriff,
BOB HOWARD, Individual capacity, Acting Del Norte Doctor,
JOHN DOE, Individual capacity, Acting Mental Health Clinician, and
JANE DOE, Individual capacity, Acting Mental Health Clinician,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 28, 2009.**

    Defendant Bobby Howard's Motion to Stay Discovery [filed January 27, 2009; docket #59] is **stricken** for failure to comply with D.C. Colo. LCivR 7.1A.  *See Hoelzel v. First Select Corp.*, 214 F.R.D. 634, 636 (D. Colo. 2003) (Rule 7.1A requires meaningful negotiations by the parties regarding the issues raised in a motion).