IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 08-cv-01192-LTB-MEH

SCOTT R. LOBATO,

    Plaintiff,

v.

DAN COUGER, Individual Capacity, Acting Rio Grande Sheriff,
MR. BLACK, Individual Capacity, Acting Rio Grande Sheriff,
ART ORTEGA, Individual Capacity, Acting Rio Grande Sheriff,
MR. NORTON, Individual Capacity, Acting Rio Grande Sheriff,
BOB HOWARD, Individual Capacity, Acting Del Norte Doctor,
JOHN DOE, Individual Capacity, Acting Mental Health Clinician, and
JANE DOE, Individual Capacity, Acting Mental Health Clinician,

    Defendants.

---

**ORDER**

---

THIS MATTER having come before the Court on the Stipulated Motion to Dismiss Defendant Bob Howard Only With Prejudice (Doc 62 - filed February 2, 2009), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE as to Defendant Bob Howard only,** each party to pay their own fees and costs.

                BY THE COURT:

                  s/Lewis T. Babcock
                  Lewis T. Babcock, Judge

DATED: February 3, 2009