IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 08-cv-01192-LTB-MEH | Date: February 12, 2009 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom C203** |

SCOTT R. LOBATO,  Qusair Mohamedbhai

    Plaintiff,

vs.

DAN COUGAR,
MR. BLACK,  Sean Lane
ART ORTEGA, and
MR. NORTON,

    Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC MOTION HEARING**

**Court in session:**     **10:25 a.m.**

Court calls case. Appearances of counsel by telephone.

Argument and discussion regarding Plaintiff's Motion to Modify Scheduling Order and to Set Case for Scheduling Conference (Doc. #65, filed 2/5/09).

**ORDERED:**    For reasons stated on the record, Plaintiff's Motion to Modify Scheduling Order and to Set Case for Scheduling Conference (Doc. #65, filed 2/5/09) is GRANTED in part and DENIED in part as follows:

    1.    The motion is granted to the extent that a Supplement Scheduling Conference is set for **March 26, 2009, at 9:45 a.m.** The parties shall file the proposed Scheduling Order with the Clerk's Office, and in accordance with District of Colorado Electronic Case Filing ("ECF") Procedures V.L., **no later than five (5) business days** prior to the scheduling conference. **The proposed Scheduling Order is also to be submitted in a useable format (i.e., Word or WordPerfect only) by email to Magistrate Judge Hegarty at *Hegarty_Chambers@cod.uscourts.gov*.**

2.	The motion is denied in all other asspects.

**Court in recess:** **10:35 a.m.  (Hearing concluded)**
**Total time in court:**  0:10