IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 08-cv-01192-LTB-MEH

SCOTT R. LOBATO,

    Plaintiff,

v.

DAN COUGER, Individual Capacity, Acting Rio Grande Sheriff,
MR. BLACK, Individual Capacity, Acting Rio Grande Sheriff,
ART ORTEGA, Individual Capacity, Acting Rio Grande Sheriff,
MR. NORTON, Individual Capacity, Acting Rio Grande Sheriff,
BOB HOWARD, Individual Capacity, Acting Del Norte Doctor,
JOHN DOE, Individual Capacity, Acting Mental Health Clinician, and
JANE DOE, Individual Capacity, Acting Mental Health Clinician,

    Defendants.

---

**ORDER**

---

This case is before me on the recommendation of the Magistrate Judge issued and served on February 3, 2009 (Doc 64). Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Accordingly, it is

ORDERED that the recommendation is accepted and Defendant Bobby Howard's Motion to Dismiss (Doc 35) is DENIED AS MOOT.

                            BY THE COURT:

                              s/Lewis T. Babcock
                              Lewis T. Babcock, Judge

DATED: February 25, 2009