IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 08-cv-01192-LTB-MEH

SCOTT R. LOBATO,

    Plaintiff,

v.

DAN COUGER, Individual Capacity, Acting Rio Grande Sheriff,
MR. BLACK, Individual Capacity, Acting Rio Grande Sheriff,
ART ORTEGA, Individual Capacity, Acting Rio Grande Sheriff,
MR. NORTON, Individual Capacity, Acting Rio Grande Sheriff,
BOB HOWARD, Individual Capacity, Acting Del Norte Doctor,
JOHN DOE, Individual Capacity, Acting Mental Health Clinician, and
JANE DOE, Individual Capacity, Acting Mental Health Clinician,

    Defendants.

_____

**ORDER**
_____

THIS MATTER having come before the Court on the Stipulated Motion to Dismiss Defendants Mr. Black, Art Ortega, Mr. Norton, John Doe and Jane Doe Only With Prejudice (Doc 72 - filed March 19, 2009), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE as to Defendants Mr. Black, Art Ortega, Mr. Norton, John Doe, and Jane Doe only,** each party to pay their own fees and costs.

                                                   BY THE COURT:

                                                 s/Lewis T. Babcock
                                                 Lewis T. Babcock, Judge

DATED: March 23, 2009