**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-01192-LTB-MEH

SCOTT R. LOBATO,

      Plaintiff,

v.

DAN COUGER, Individual Capacity, Acting Rio Grande Sheriff,

      Defendant.

---

**ORDER**

---

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 109 - filed August 3, 2009), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE**, each party to pay their own fees and costs.

                                        BY THE COURT:

                                          s/Lewis T. Babcock
                                          Lewis T. Babcock, Judge

DATED: August 4, 2009